ORIGINAL

**U.S. DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS

**FILED**

DEC I 5 2009

CLERK, U.S. DISTRICT COURT

By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:09-CR-157-M |
| | ) | |
| AARON JOSEPH ADAME | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

AARON JOSEPH ADAME, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d

261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea

of guilty to Count(s) 1 of the Indictment. After cautioning and examining AARON JOSEPH

ADAME under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that AARON JOSEPH

ADAME be adjudged guilty and have sentence imposed accordingly.

Date:   December 15, 2009

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).